United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| ROSALINDA RAZO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-00349 |
| | § | |
| CVS PHARMACY, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Now before the Court is the Parties' Agreed Stipulation of Dismissal with Prejudice. (Dkt. No. 25). After considering the Stipulation, the Court finds that it complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is, therefore, **ORDERED** that all claims, disputes, and controversies between Plaintiff Rosalinda Razo and Defendant CVS Pharmacy, Inc. are **DISMISSED WITH PREJUDICE**.

SO ORDERED November 17, 2022, at McAllen, Texas.

Randy Crane
United States District Judge